# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED** <br><br> *Plaintiff* <br><br> v. <br><br> **NEW YORK TRIBECA GROUP LLC** <br><br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:25-cv-06450-KBH ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Kalin Mundo, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to NEW YORK TRIBECA GROUP LLC in New York County, NY on December 15, 2025 at 4:03 pm at 75 BROAD STREET, 23RD FLOOR, NEW YORK, NY 10004 by leaving the following documents with Bob F. (Refused last name) who as Manager is authorized by appointment or by law to receive service of process for NEW YORK TRIBECA GROUP LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, DESIGNATION FORM, NOTICE OF PROCEDURE TO CONSENT TO REFERENCE OF CIVIL ACTION OR PROCEEDING TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE, CONSENT AND REFERENCE OF A CIVIL ACTION TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE, NOTICE OF AVAILABILITY OF COURT-ANNEXED MEDIATION

White Male, est. age 45-54, glasses: N, no hair, 200 lbs to 220 lbs, 6' 3" to 6' 6".
Geolocation of Serve: https://google.com/maps?q=40.7044193863,-74.0110506534
Photograph: See Exhibit 1

Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in New York County, NY on 12/16/2025.

/s/ *Kalin Mundo*
Signature
Kalin Mundo
+1 (631) 906-1867

