IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD, Individually and on behalf of all others similarly situated,** <br> **Plaintiff,** <br><br> v. <br><br> **NEW YORK TRIBECA GROUP LLC,** <br> **Defendant.** | **CIVIL ACTION** <br><br><br> **NO. 25-6450** |

## NOTICE

A review of the Court's records shows that defendant has not filed an answer or pleading in response to the complaint in the above-captioned case.

If Leon Weingrad does not take any action in this case on or before **January 22, 2026**, the Court may enter an order dismissing the case against defendant for lack of prosecution.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____
HODGE, KELLEY B., J.

Dated:  January 15, 2026