IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**NEW YORK TRIBECA GROUP LLC**<br><br>*Defendant.* | Case No. 2:25-cv-6450<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT
## AGAINST DEFENDANT NEW YORK TRIBECA GROUP LLC

COMES NOW Plaintiff Leon Weingrad, by and through the undersigned counsel, pursuant to FED. R. CIV. P. 55(a), and hereby files this Motion for Clerk's Entry of Default against Defendant New York Tribeca Group LLC, in the above-styled action. Plaintiff respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." FED. R. CIV. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." FED. R. CIV. P. 55(a) (emphasis added).

Request for Entry of Default

Here, the Plaintiff filed his Complaint naming Defendant on November 14, 2025. (See ECF No. 1.) Defendant was served on December 15, 2025. (See ECF No. 6.) Accordingly, Defendant's responsive pleading was due on January 5, 2026. Defendant did not file a response as of January 18, 2026. Accordingly, the Plaintiff requests that the Clerk enter the Defendant's default pursuant to FED. R. CIV. P. 55(a).

The Plaintiff intends to move for leave to conduct classwide discovery and seek a classwide default judgment as to Defendant.

## **CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against the Defendant pursuant to FED. R. CIV. P. 55(a).

RESPECTFULLY SUBMITTED AND DATED this January 18, 2026.

>  */s/ Andrew Roman Perrong*
>  Andrew Roman Perrong,
>  Bar No. 333687
>  a@perronglaw.com
>  Perrong Law LLC
>  2657 Mount Carmel Avenue
>  Glenside, PA 19038
>  215-225-5529
>  Lead Attorney for Plaintiff and the Proposed Class

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

I further certify that I mailed a copy of the foregoing to:

New York Tribeca Group
40 Wall Street, 43rd Floor,
New York, NY 10005

New York Tribeca Group
40 WALL ST, 23RD FLOOR
NEW YORK, NY 10005

New York Tribeca Group
75 BROAD STREET, 23RD FLOOR
NEW YORK, NY 10004


And via email to:

s.sefa@nytribecagroup.com, d.leka@nytribecagroup.com, l.lika@nytribecagroup.com,

info@nytribecagroup.com, reconciliation@nytribecagroup.com, v.sanchez@nytribecagroup.com


Dated: January 18, 2026

                                                                               */s/ Andrew Roman Perrong*
                                                                               Andrew Roman Perrong,
                                                                               Bar No. 333687
                                                                               a@perronglaw.com
                                                                               Perrong Law LLC
                                                                               2657 Mount Carmel Avenue
                                                                               Glenside, PA 19038
                                                                               215-225-5529
                                                                               Lead Attorney for Plaintiff and the Proposed Class


Request for Entry of Default