IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, Individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>NEW YORK TRIBECA GROUP LLC,<br>Defendant. | CIVIL ACTION<br><br><br>NO.  25-6450 |

### O R D E R

**AND NOW**, this 5th day of February, 2026, upon consideration of plaintiff's Request for Clerk's Entry of Default Against Defendant New York Tribeca Group, LLC (ECF 8), defendant having been served with the Summons and Complaint by personal service on December 15, 2025, and defendant having failed to file and serve a response to the Complaint, **IT IS ORDERED** that plaintiff's request is **GRANTED**.  The Clerk of Court shall enter **DEFAULT** as to defendant, New York Tribeca Group, LLC.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
    HODGE, KELLEY B., J.