# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** <br> **Individually and on behalf of all others similarly situated** | Civil Action: **25-6450** |

v.

**NEW YORK TRIBECA GROUP LLC**

<u>Entry of Default</u>

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against defendant(s) **NEWYORK TRIBECA GROUP LLC** for failure to plead or otherwise defend.

        George Wylesol
        Clerk of Court

        By: <u> s/Frank Del Campo                        </u>
            Frank Del Campo, Deputy Clerk