NEW YORK TRIBECA GROUP LLC
75 BROAD STREET
23RD FLOOR
NEW YORK, NY 10004

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**LEON WEINGRAD,**
 **Individually and on behalf of all others similarly situated**

v.

**NEW YORK TRIBECA GROUP LLC**

Civil Action: **25-6450**

### Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against defendant(s) **NEWYORK TRIBECA GROUP LLC** for failure to plead or otherwise defend.

George Wylesol
Clerk of Court

By: s/Frank Del Campo
Frank Del Campo, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, Individually and on behalf of all others similarly situated, Plaintiff, | CIVIL ACTION |
| v. | |
| NEW YORK TRIBECA GROUP LLC, Defendant. | NO. 25-6450 |

## ORDER

**AND NOW**, this 5th day of February, 2026, upon consideration of plaintiff's Request for Clerk's Entry of Default Against Defendant New York Tribeca Group, LLC (ECF 8), defendant having been served with the Summons and Complaint by personal service on December 15, 2025, and defendant having failed to file and serve a response to the Complaint, **IT IS ORDERED** that plaintiff's request is **GRANTED**. The Clerk of Court shall enter **DEFAULT** as to defendant, New York Tribeca Group, LLC.

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**

