## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD, Individually and on behalf of all others similarly situated,**<br>**Plaintiff,**<br><br>**v.**<br><br>**NEW YORK TRIBECA GROUP LLC,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br>**NO.  25-6450** |

## NOTICE

A review of the Court's records shows that New York Tribeca Group, LLC has not filed an answer or pleading in response to the complaint in the above-captioned case and default was entered against said defendant on February 5, 2026.

If Leon Weingard does not take any action in this case on or before **March 25, 2026**, the Court may enter an order dismissing the case against New York Tribeca Group, LLC for lack of prosecution.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.

Dated:  March 17, 2026