## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated, | Case No. 2:25-cv-6450 |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **NEW YORK TRIBECA GROUP LLC** | |
| *Defendant.* | |

### [PROPOSED ORDER] GRANTING
### MOTION TO COMMENCE DISCOVERY TO OBTAIN
### RECORDS THAT IDENTIFY PUTATIVE CLASS MEMBERS

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Plaintiff's Motion To Commence Discovery To Obtain Records That Identify Putative Class Members IS GRANTED. Discovery in this matter is ordered open. Discovery shall be completed within 120 days of the date of this Order, at which point Plaintiff shall have fourteen days to file either a Motion for Class Certification or a Motion for Individual Default Judgment.

*BY THE COURT:*

_____
                                    J.