**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LEON WEINGRAD, individually and on behalf of all others similarly situated,** <br> **Plaintiff,** <br><br> **v.** <br><br> **NEW YORK TRIBECA GROUP LLC,** <br> **Defendant.** | **CIVIL ACTION** <br><br><br><br> **NO.  25-6450** |

**O R D E R**

      **AND NOW**, this 6th day of April, 2026, **IT IS ORDERED** that the Plaintiff's Motion to Commence Discovery to Obtain Records that Identify Putative Class Members is **GRANTED**. Discovery in this matter is ordered open. Discovery shall be completed within 120 days of the date of this Order, at which point Plaintiff shall have fourteen days to file either a Motion for Class Certification or a Motion for Individual Default Judgment.

                                               **BY THE COURT:**

                                               **/s/ Hon. Kelley B. Hodge**

                                                 **HODGE, KELLEY B., J.**